UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on October 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert Perry

Case No.: 16-29869

Chapter: 13

Hearing Date:

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: October 3, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Laurence Sheller_____, the applicant, is allowed a fee of $ _____300_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____300_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1060_____ per month for ___37___ months to allow for payment of the aforesaid fee.