Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  16−29869−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert E. Perry
   PO Box 322
   Reading, MA 01867

Social Security No.:
   xxx−xx−4886

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/6/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 7, 2019
JAN: kmf

                                                                  Jeanne Naughton
                                                                  Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 16-29869-MBK
Robert E. Perry                                                     Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                Page 1 of 2                  Date Rcvd: Feb 07, 2019
                               Form ID: 148               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2019.
db             +Robert E. Perry,    PO Box 322,    Reading, MA 01867-0522
516655899       Emergency Physicians Services of New Jersey PA,    PO Box 1123,    Minneapolis MN 55440-1123
516452470      +Frontline Asset Strategies,    PO Box 1259,    Oaks, PA 19456-1259
516546296      +HCFS,    3585 Ridge Park Drive,    Akron, OH 44333-8203
516663864       JPMorgan Chase Bank, N.A.,    National Bankruptcy Dept,    P O Box 901032,
                 Ft Worth  TX  76101-2032
516452478      +PSEG,    PO Box 570,    Newark, NJ 07101-0570
516452476      +Princeton First Aid Rescue,    PO Box 207,    Allentown, PA 18105-0207
516452477       Princeton Healthcare System,    PO Box 13768,    Philadelphia, PA 19101-3768
516452475      +Princeton House Provider,    4 Princess Rd.,    Lawrence Township, NJ 08648-2322
516546297      +Princeton Medicine Heart group,    4 Princess Rd.,    Lawrence Township, NJ 08648-2322
516452479      +RMS,    1000 Cir. 75 Pkwy,    Suite 400,    Atlanta, GA 30339-6051
516641872      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516452480      +State of New Jersey,    Division of Revenue,    PO Box 269,    Trenton, NJ 08602-0269
516546298      +The Hartford Financial Services Group,    c/o The Levity Law Group,    3 Golf Center, Suite 361,
                 Hoffman Estates, IL 60169-4910
516452481      +Tyler Ajamian,    c/o Hill Wallack,    21 Roszel Rd.,    Princeton, NJ 08540-6205
516668072      +Tyler Ajamian,    c/o  Hill Wallack LLP,    Attn: Thomas W. Halm, Jr.,    P.O. Box 5226,
                 Princeton, NJ 08543-5226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2019 23:39:53    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2019 23:39:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516555628       EDI: AIS.COM Feb 08 2019 04:03:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
516452467      +EDI: CAUT.COM Feb 08 2019 04:03:00      Chase Auto Finance,    PO Box 901076,
                 Fort Worth, TX 76101-2076
516452468      +EDI: RCSFNBMARIN.COM Feb 08 2019 04:03:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
516452469      +EDI: AMINFOFP.COM Feb 08 2019 04:03:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
516452471      +EDI: IRS.COM Feb 08 2019 04:03:00      IRS,    2970 Market St.,    Mail Stop 5-Q30.133,
                 Philadelphia, PA 19104-5002
516667908       EDI: CAUT.COM Feb 08 2019 04:03:00      JPMorgan Chase Bank,N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZl-1191,    Phoenix. AZ 85038-9505
516452473      +EDI: RESURGENT.COM Feb 08 2019 04:03:00      LVNV Funding LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
516586336       EDI: RESURGENT.COM Feb 08 2019 04:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516586332       EDI: MERRICKBANK.COM Feb 08 2019 03:58:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
516452474      +EDI: MERRICKBANK.COM Feb 08 2019 03:58:00      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
516655318      +EDI: JEFFERSONCAP.COM Feb 08 2019 04:03:00      Premier Bankcard, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
516665875      +EDI: RMSC.COM Feb 08 2019 04:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516452482      +EDI: VERIZONCOMB.COM Feb 08 2019 04:03:00      Verizon,    PO Box 5029,
                 Wallingford, CT 06492-7529
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516546302*     +HCFS,    3585 Ridge Park Drive,    Akron, OH 44333-8203
516452472*     +IRS,    600 Arch St.,    Room 7310,    Philadelphia, PA 19106-1611
516469407*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516546303*     +Princeton Medicine Heart group,    4 Princess Rd.,    Lawrence Township, NJ 08648-2322
516546304*     +The Hartford Financial Services Group,    c/o The Levity Law Group,    3 Golf Center, Suite 361,
                 Hoffman Estates, IL 60169-4910
                                                                                               TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 07, 2019
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laurence R. Sheller    on behalf of Debtor Robert E. Perry laurence.sheller@gmail.com
          Thomas W. Halm, Jr.    on behalf of Creditor Tyler   Ajamian Thalm@halmlawgroup.com,
           bbadalam@halmlawgroup.com
                                                                                             TOTAL: 5
```